# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 15, 2011

Lyle W. Cayce
Clerk

No. 11-30103
Summary Calendar

BETTY COLAR,

Plaintiff-Appellant,

versus

WINN-DIXIE MONTGOMERY, INCORPORATED,

Defendant-Appellee.

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:09-CV-755

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

This is a common slip-and-fall diversity claim regarding an accident at a grocery store. The district court entered summary judgment for the store.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-30103

We have reviewed the briefs and pertinent portions of the record and have consulted the applicable law. There is no error. The district court properly concluded as follows: "Plaintiff has put forth no evidence that Winn Dixie had actual or constructive notice of the substance on the floor prior to plaintiff's fall. Similarly, plaintiff has not established that Winn Dixie failed to exercise reasonable care."

The summary judgment is AFFIRMED, essentially for the reasons set forth by the district court in its Ruling dated January 26, 2011.